UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN RAY BAXLEY, JR.,** *pro se*,

    Plaintiff,

v.                                          CASE NO:  8:06-CV-2231-T-30MAP

**BILL BALKWELL, et al.,**

    Defendant(s).
_____/

**ORDER OF DISMISSAL**

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #3) entered on April 10, 2007.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1)      This cause is dismissed without prejudice.

2)      All pending motions are denied as moot.

3)      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-2231.dismissal.wpd*